

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

Aaron.Nielson@oag.texas.gov  
(512) 463-2100

August 28, 2024

**VIA CM/ECF**

Mr. Christopher M. Wolpert, Clerk  
Court of Appeals for the Tenth Circuit

    Re:    *Alaska, et al. v. Cardona, et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

    Pursuant to the Court's order of August 22, 2024, the parties hereby file this joint status report to inform the Court that the U.S. Supreme Court today denied the applications in both No. 24A11 and No. 24A173. The U.S. Court of Appeals for the Eighth Circuit's injunction pending appeal in Appeal Nos. 24-2332 and 24-2351 thus remains in effect. The Supreme Court's orders are attached.

    Undersigned counsel is authorized to represent Defendant-Appellants' consent to file the above.

    Respectfully submitted,

    /s/ Aaron L. Nielson  
    Aaron L. Nielson  
    *Counsel for the State of Texas*

cc: All counsel of record (via CM/ECF)

# Attachment A:

Order, *Alaska v. Dep't. of Education*, No. 24A11, 603 U.S. --- (Aug. 28, 2024)

(ORDER LIST: 603 U.S.)

WEDNESDAY, AUGUST 28, 2024

ORDER IN PENDING CASE

24A11      ALASKA, ET AL. V. DEPT. OF EDUCATION, ET AL.

The application to vacate stay presented to Justice Gorsuch and by him referred to the Court is denied. Applicants represent that they do not require emergency relief from this Court as long as the Eighth Circuit's injunction in *Missouri, et al.* v. *Biden, et al.*, case Nos. 24-2332 and 24-2351, is in place.

# Attachment B:

Order, *Biden v. Missouri*,

No. 24A173, 603 U.S. --- (Aug. 28, 2024)

(ORDER LIST: 603 U.S.)

WEDNESDAY, AUGUST 28, 2024

ORDER IN PENDING CASE

24A173     BIDEN, PRESIDENT OF U.S., ET AL. V. MISSOURI, ET AL.

The application to vacate injunction presented to Justice Kavanaugh and by him referred to the Court is denied. The Court expects that the Court of Appeals will render its decision with appropriate dispatch.