

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

Aaron.Nielson@oag.texas.gov  
(512) 463-2100

November 22, 2024

**VIA CM/ECF**

Mr. Christopher M. Wolpert, Clerk  
Court of Appeals for the Tenth Circuit

  Re: *Alaska, et al. v. Cardona, et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

  Pursuant to the Court's August 22, 2024 order abating these appeals, the parties respectfully file this joint status report regarding the status of Missouri et al. v. Biden et al., Nos. 24-2332, 24-2351 (8th Cir.). The Eighth Circuit heard oral argument on October 24, 2024, and has not yet entered an order in the case. The injunction pending appeal issued by the Eighth Circuit thus remains in effect.

  Undersigned counsel is authorized to represent Defendant-Appellants' consent to file the above.

           Respectfully submitted,

           /s/ Aaron L. Nielson  
           Aaron L. Nielson  
           *Counsel for the State of Texas*

cc: All counsel of record (via CM/ECF)