

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
_____

December 20, 2024

VIA CM/ECF

Christopher M. Wolpert
Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    Re: *Alaska et al. v. U.S. Dep't of Educ. et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

    Pursuant to the Court's August 22, 2024 order abating these appeals, the parties respectfully file this joint status report regarding the status of *Missouri et al. v. Biden et al.*, Nos. 24-2332, 24-2351 (8th Cir.). The Eighth Circuit heard oral argument in that case on October 24, 2024. No decision has yet been rendered. The injunction pending appeal issued by the Eighth Circuit remains in effect.

    Undersigned counsel is authorized to represent Plaintiffs/Cross-Appellants' consent to file the above.

    Sincerely,

    */s/ Simon C. Brewer*
    Simon C. Brewer
    Attorney
    Civil Division, Appellate Staff
    U.S. Department of Justice

cc: Counsel of Record, via CM/ECF