

Aaron L. Nielson  
Solicitor General

Aaron.Nielson@oag.texas.gov  
(512) 463-2100

January 21, 2025

**VIA CM/ECF**

Mr. Christopher M. Wolpert, Clerk  
Court of Appeals for the Tenth Circuit

    Re:   *Alaska, et al. v. Cardona, et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

    Pursuant to the Court's order of August 22, 2024, the parties hereby file this joint status report regarding the status of *Missouri et al. v. Biden et al.*, Nos. 24-2332, 24-2351 (8th Cir.). The Eighth Circuit heard oral argument in that case on October 24, 2024. No decision has yet been rendered. The injunction pending appeal issued by the Eighth Circuit remains in effect.

    Undersigned counsel is entitled to represent Defendant-Appellants' consent to file the above.

                                            Respectfully submitted,

                                            /s/ Aaron L. Nielson  
                                            Aaron L. Nielson  
                                            *Counsel for the State of Texas*

cc: All counsel of record (via CM/ECF)