FILED
United States Court of Appeals
Tenth Circuit

March 21, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| STATE OF ALASKA, et al.,<br><br>Plaintiffs - Appellees/Cross-Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,*<br><br>Defendants - Appellants/Cross-Appellees.<br><br>------------------------------<br><br>STATE OF MISSOURI, et al.,<br><br>Amici Curiae. | No. 24-3089 & 24-3094<br>(D.C. No. 6:24-CV-01057-DDC-ADM)<br>(D. Kan.) |

_____

**ORDER**
_____

Before **TYMKOVICH**, **EBEL**, and **McHUGH**, Circuit Judges.
_____

After considering the parties' supplemental briefs, we conclude that the abatement of these appeals should continue. During the continued abatement, the parties must file a

---

* Secretary of Education Linda McMahon is substituted as a party. _See_ Fed. R. App. P. 43(c).

joint status report every 45 days. Each report must address the status of any injunction preventing implementation of the SAVE plan.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk