

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

_____

May 5, 2025

VIA CM/ECF

Christopher M. Wolpert
Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

     Re:    *Alaska et al. v. U.S. Dep't of Educ. et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

     Pursuant to the Court's March 21, 2025, order continuing the abatement of these appeals, the parties respectfully file this joint status report. On April 11, 2025, the United States Court of Appeals for the Eighth Circuit issued its mandate in *Missouri v. Trump*, Nos. 24-2332, 24-2351 (8th Cir.). On April 14, 2025, the United States District Court for the Eastern District of Missouri entered an order (attached here) effectuating the Eighth Circuit's judgment by preliminarily enjoining the entire SAVE rule. Accordingly, the injunction pending appeal previously entered by the Eighth Circuit has dissolved. *See Missouri v. Trump*, 128 F.4th 979, 998-99 (8th Cir. 2025).

     The deadline to file a petition for a writ of certiorari in *Missouri* is May 19, 2025. The Solicitor General has not yet rendered a determination whether to seek certiorari. *See* 28 C.F.R. § 0.20(a). Until the Solicitor General has rendered a determination, the government cannot represent whether it will or will not seek further review of the Eighth Circuit's decision. Additionally, the parties to the *Missouri* litigation are discussing how that litigation should proceed in district court, including the potential for a negotiated resolution of the case. *See* Joint Status Report 1, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. May 5, 2025), Dkt.

No. 70.  Given that, the government respectfully requests that the abatement of these appeals continue.

 Undersigned counsel is authorized to represent that Plaintiffs/Cross-Appellants join this report.

Sincerely,

*/s/ Simon C. Brewer*
Simon C. Brewer
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice

cc: Counsel of Record, via CM/ECF

Attachment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| STATE OF MISSOURI, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity ) <br> as President of the United States, LINDA ) <br> McMAHON, in her official capacity as ) <br> Secretary of Education,[1] and UNITED STATES ) <br> DEPARTMENT OF EDUCATION, ) <br> ) <br>     Defendants. ) | Case No. 4:24-cv-00520-JAR |

### **ORDER**

On June 24, 2024, the Court granted in part and denied in part Plaintiffs' motion to stay or, in the alternative, a preliminary injunction (ECF No. 25), and the Court issued a preliminary injunction preventing Defendants from any further loan forgiveness under the Final Rule's[2] SAVE plan until the Court can decide the issue on the merits (ECF No. 26). On June 27, 2024, Defendants filed an interlocutory appeal (ECF No. 27), and on June 28, 2024, Plaintiffs filed a cross appeal (ECF No. 42).

On February 18, 2025, the Eight Circuit Court of Appeals issued its judgment affirming the Court's preliminary injunction and remanding the case for further proceedings "with instructions to modify the preliminary injunction to enjoin the entire SAVE Rule as well as the

---

[1]     President Donald J. Trump and Secretary of Education Linda McMahon are substituted as parties in this matter under Fed. R. Civ. P. 25(d).

[2]     88 Fed. Reg. 43,820 "Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program."

hybrid rule" in accordance with the Circuit Court's opinion issued that same day. ECF Nos. 65 and 66. On April 11, 2025, the mandate issued. ECF No. 68.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are preliminarily enjoined from implementing the Final Rule's SAVE plan and the hybrid rule that was implemented following the Court's previous preliminary injunction until such time as this Court can decide the case on the merits.

**IT IS FURTHER ORDERED** that, on or before **May 5, 2025**, the parties shall file a joint status report advising the Court of the outstanding matters in this case and shall submit a joint proposed scheduling plan for the remainder of this litigation.

Dated this 14th day of April, 2025.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**