

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

_____

January 20, 2026

VIA CM/ECF

Christopher M. Wolpert
Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    Re:    *Alaska et al. v. U.S. Dep't of Educ. et al.*, Nos. 24-3089, 24-3094

Dear Mr. Wolpert:

Pursuant to the Court's March 21, 2025, order continuing the abatement of these appeals, the parties respectfully file this joint status report. On April 14, 2025, the United States District Court for the Eastern District of Missouri entered a preliminary injunction enjoining the entire SAVE rule. Order, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. Apr. 14, 2025) (ECF No. 69).

On December 9, 2025, the parties to the *Missouri* litigation informed the district court that they had agreed to settle the case, and they requested entry of final judgment on the terms agreed to by the parties. Joint Motion for Relief, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. December 9, 2025) (ECF No. 91). Under the order of final judgment proposed by the parties, the SAVE rule would be vacated, except for one provision concerning the periods of deferment or forbearance that are eligible for income-driven repayment plans. *Id.* at 3.

As of this filing, the district court has not acted on the parties' joint motion. The government therefore respectfully requests that the abatement of these appeals continue.

Undersigned counsel contacted counsel for Plaintiffs, who reported that Plaintiffs do not oppose continued abatement of these appeals.

Sincerely,

*/s/ Sarah N. Smith*
Sarah N. Smith
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice

cc: Counsel of Record, via CM/ECF