IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF ALASKA, *et al.*,

    *Plaintiffs-Appellees/
Cross-Appellants*,

v.

U.S. DEPARTMENT OF EDUCATION, *et al.*,

    *Defendants-Appellants/
Cross Appellees*.

Nos. 24-3089,
24-3094

**JOINT STATUS REPORT**

Pursuant to the Court's March 21, 2025, order continuing the abatement of these appeals, the parties respectfully file this joint status report.

On April 14, 2025, the United States District Court for the Eastern District of Missouri entered a preliminary injunction enjoining the entire SAVE rule. Order, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. Apr. 14, 2025) (ECF No. 69). The parties to the *Missouri* litigation subsequently reached a settlement agreement and requested entry of

final judgment. Joint Motion for Relief, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. December 9, 2025) (ECF No. 91).

On February 27, 2026, the district court dismissed the action as moot. Memorandum and Order, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. February 27, 2025) (ECF No. 93). As a result, the district court's preliminary injunction enjoining the SAVE rule is no longer in effect. The *Missouri* plaintiffs have noticed an appeal to the Eighth Circuit, Notice of Appeal, *Missouri v. Trump*, No. 4:24-cv-520 (E.D. Mo. March 4, 2026) (ECF No. 97), and the government also understands that the plaintiffs have sought a stay of the district court's order from the Eighth Circuit.

The parties respectfully request that the abatement of these appeals continue, with a status report due to the Court in 30 days.

Respectfully submitted,

MICHAEL S. RAAB
THOMAS PULHAM

/s/ *Sarah N. Smith*
SARAH N. SMITH
SIMON JEROME
(202) 305-0173
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Room 7533*
  *Washington, D.C. 20530*

*Counsel for Federal Appellants / Cross-Appellees*

**ALAN WILSON**
Attorney General of South Carolina

s/Joseph D. Spate
Joseph D. Spate
*Deputy Solicitor General*
OFFICE OF THE SOUTH CAROLINA
ATTORNEY GENERAL
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

**KEN PAXTON**
Attorney General of Texas

Brent Webster
First Assistant Attorney General

<u>/s/ William R. Peterson</u>
William R. Peterson
Solicitor General
William.Peterson@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

*Counsel for the State of Texas*

MARCH 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Sarah N. Smith*
Sarah N. Smith
