FILED  
United States Court of Appeals  
Tenth Circuit

June 28, 2024

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

STATE OF ALASKA, et al.,

    Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellants.

No. 24-3089  
(D.C. No. 6:24-CV-01057-DDC-ADM)  
(D. Kan.)

---

### ORDER

---

This matter is before the court on Appellants' *Emergency Motion for an Immediate Administrative Stay and a Stay Pending Appeal*. At the direction of the court, Appellees shall file a single consolidated response to the motion by no later than 1:00 p.m. MDT on June 29, 2024.

    Entered for the Court  
    CHRISTOPHER M. WOLPERT, Clerk

    by: Jane K. Castro  
        Chief Deputy Clerk