FILED
United States Court of Appeals
Tenth Circuit

July 11, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

STATE OF ALASKA, et al.,

    Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellants/Cross-Appellees.

Nos. 24-3089 & 24-3094
(D.C. No. 6:24-CV-01057-DDC-ADM)
(D. Kan.)

_____

**ORDER**
_____

These matters are before the court on: (1) appellees/cross-appellants' *Unopposed Motion to Expedite Review of This Case*, in which appellees/cross-appellants (collectively, "the States") move the court to enter an agreed, expedited briefing schedule in these cross-appeals; (2) the response of appellants/cross-appellees (collectively, the "Department of Education") to that motion; and (3) the States' reply.

Upon consideration:

A.    The court grants the motion in part as set forth below;

B.    The court expedites the deadlines for the parties to file the preliminary documents in Appeal No. 24-3094 and:

    (1)    Directs the States—on or before July 15, 2024—to file an entry of appearance and certificate of interested parties, a docketing

statement, and either a transcript order form or notice that no transcript is necessary for purposes of the cross-appeal; and

  (2) Directs the Department of Education to file an entry of appearance and certificate of interested parties in the cross-appeal on or before July 15, 2024;

C. The court directs the Department of Education—on or before July 15, 2024—to file their opening brief (the "First Brief on Cross-Appeal") and appendix;

D. The remainder of the briefing on appeal will proceed on the expedited schedule the parties propose:

  (1) The States will file their combined Response Brief and Opening Cross-Appeal Brief (the "Second Brief on Cross Appeal") within 7 days after the Department of Education files a compliant First Brief on Cross-Appeal and appendix;

  (2) The Department of Education will file its combined Reply Brief and Cross-Appeal Response Brief (the "Third Brief on Cross-Appeal") within 7 days after the States file a compliant Second Brief on Cross-Appeal;

  (3) The States will file their Cross-Appeal Reply Brief within 2 days after the Department of Education files a compliant Third Brief on Cross-Appeal.

E. The court will not consider or grant any extension of any of these briefing deadlines absent extraordinary circumstances.

F. To the extent that either party has requested expedited consideration of the appeal or setting of any oral argument, those requests are referred to the panel of judges who will later be assigned to consider these appeals on the merits.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk