UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 23, 2024

William E. Milks
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Aaron L. Nielson
Lanora Christine Pettit
Office of the Attorney General for the State of Texas
Solicitor General Division
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Joseph David Spate
Office of the Attorney General for the State of South Carolina
1000 Assembly Street, Room 519
P.O. Box 11549
Columbia, SC 29211

**RE:** 24-3089, 24-3094, State of Alaska, et al v. EDUC, et al
Dist/Ag docket: 6:24-CV-01057-DDC-ADM

Dear Counsel:

The States Second Brief on Cross Appeal is deficient because:

There is no statement on the front cover of the brief whether oral argument is desired. *See* 10th Cir. R. 28.2(C)(2).

The front cover of the brief does not contain the judge whose order/judgment is being appealed, and the originating case number. *See* 10th Cir. R. 28.2(C)(1).

The brief lists one or more attorneys who have not yet entered an appearance in this appeal (including additional counsel in the signature block). Tenth Circuit Rule 46.1(A) requires formal entries of appearance from all attorneys whose names appear on briefs filed with the court.

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service.

The time to file the next brief on cross-appeal will be due within 7 days after the States file a compliant Second Brief on Cross-Appeal. When filing, please do not include 24-3093.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Simon Christopher Brewer
Erin B Gaide
Simon Gregory Jerome
Abhishek Kambli
Stephen Michael Pezzi
Thomas Pulham
Michael Raab
Sarah Nicole Smith

CMW/mlb