FILED
United States Court of Appeals
Tenth Circuit

August 12, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF ALASKA, et al.,

    Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellants/Cross-Appellees.

------------------------------

STATE OF MISSOURI, et al.,

    Amici Curiae.

Nos. 24-3089 & 24-3094
(D.C. No. 6:24-CV-01057-DDC-ADM)
(D. Kan.)

_____

**ORDER**
_____

The United States Court of Appeals for the Eighth Circuit recently entered an injunction pending appeal in *Missouri v. Biden*. *See* Nos. 24-2332, 24-2351, 2024 WL 3738157 (8th Cir. Aug. 9, 2024). This court hereby orders the parties to file supplemental briefs (1) defining the scope of the Eighth Circuit's injunction and (2) explaining how (if at all) the Eighth Circuit's injunction affects this court's analysis.

Both Appellants and Appellees shall file a brief addressing these topics no later than noon MDT on August 19, 2024. The briefs need not comply with the content

requirements of Federal Rule of Appellate Procedure 28(a), but they should be organized in a way that is helpful to the court. Each brief must not exceed 12 pages.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk